FILED
JAMES BONIN
CLERK

2009 SEP 18 AM II: 22

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WESTERN DIV DAYTON

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| RICHARD SAVIANO, | Case No.: 3:09-CV-027 WHR |
| Plaintiff, | Judge:   WALTER RICE |
| vs. | |
| CVS PHARMACY, INC., et al. | **PLAINTIFF'S RESPONSE TO HIS ATTORNEY'S MOTION TO WITHDRAW** |
| Defendant(s). | |

NOW COMES THE PLAINTIFF, Richard Saviano, and submits the following pro se response to John Scaccia's Motion to Withdraw:

1. Plaintiff has made several attempts to contact his attorney, John Scaccia (hereinafter "Scaccia"), and left numerous messages without receiving any response from Scaccia or anyone from his law firm.

2. Scaccia has failed to timely respond to the Plaintiff's questions seeking legal advice regarding the format in which to respond to any and all of the Defendant's interrogatories causing said responses to become past due. The Plaintiff was without knowledge of the Defendant's motion to compel interrogatory responses, or this Court's corresponding Order, due to a communication breakdown on part of Scaccia.

3. Scaccia informed the Plaintiff on September 15, 2009, of this Court's ruling ordering responses to Defendant's document 18 by September 16, 2009. However, the format in which the Plaintiff received this notice was in a letter from Scaccia informing him of his notice to withdraw as counsel.

4. The only communication in which the Plaintiff received from Scaccia since the Defendant's September 2, 2009 Motion to Compel filing was a fax of the last page of the Interrogatory responses. Scaccia requested the Plaintiff respond to said fax by signing it, swearing as to the truth of the responses. However, the Plaintiff did not know what responses he was swearing to or receive any communication from Scaccia as to the content of these responses.

5. The Plaintiff would like to continue this action as a matter of justice but doesn't know how to proceed without the assistance of counsel.

**WHEREFORE,** the plaintiff requests this Court:

a. Order Scaccia to remain as Plaintiff's counsel until the conclusion of this action; or

b. Order settlement negotiations between the Plaintiff pro se and defendant(s).

Dated this September 17, 2009

Richard Saviano
Plaintiff, Pro Se

Plaintiff's Response to Attorney's Motion to Withdraw - 2

1

CERTIFICATE OF SERVICE

2       I certify that on September 17, 2009, a copy of the foregoing was sent via U.S. regular Mail, postage pre-paid to the following:

3

ROBERT SEIDLER

4 Ogletree Deakins, Nash, Smoak, & Stewart
111 Monument Cir., Ste. 4600

5 Indianapolis IN 46204
**Attorney for Defendants**

6

Richard Saviano

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff's Response to Attorney's Motion to Withdraw - 3